Jonathan C. Coppom
Wyoming State Bar No. 7-5548
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
jonathan.coppom@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 OCT 30  AM 11:02

MARGARET BOTKINS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 23-mj-77-F |
| RICHARD MCCLOSKEY, | |
| Defendant. | |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves the following:

    **Serious risk Defendant will flee**
    **A felony involving possession of a firearm (see 18 U.S.C. § 3142(f)(1)(E))**

2. Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

    **Safety of any other person and the community**

3.  Rebuttable Presumption. The United States will not invoke the rebuttable presumption against the Defendant under § 3142(e).

4.  Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this 30th day of October 2023.

NICHOLAS VASSALLO
United States Attorney

By: /s/ Jonathan C. Coppom
JONATHAN C. COPPOM
Assistant United States Attorney