

FILED
4:40 pm, 11/9/23
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

    Plaintiff,

vs.

RICHARD MCCLOSKEY

    Defendant,

Case Number: 23-MJ-00077-NDF

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO THE BAIL REFORM ACT

**Location: Casper Courtroom #1**

111 South Wolcott

Casper, WY 82601

Date: 11/14/2023

Time: 11:15 AM

    IT IS ORDERED: Pending the Disposition hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   November 9, 2023

*R. Michael Shickich* (signature)

R. Michael Shickich
United States Magistrate Judge