# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED
11:38 am, 11/14/23
U.S. Magistrate Judge

UNITED STATES OF AMERICA

Plaintiff

vs.

RICHARD MCCLOSKEY

Defendant.

Case Number:   23-mj-77-NDF

Date 11/14/2023   Time 11:22 - 11:27 AM   Before the Honorable   R. Michael Shickich

☐ Indictment   ☐ Information   ☑ Complaint   ☐ Arraignment   ☐ Rule 5

☐ Initial Appearance   ☑ Detention Hearing   ☑ Preliminary Hearing   ☐ Removal Hearing

☐ Other

Offense: 18 U.S.C. §§922(g)(1) and 924(a)(8) - Felon in Possession of a Firearm

| Tiffany Dyer | FTR Recording | Eddie Lobatos |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| David Kubichek | Ramos/Redmond | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared   ☐ Voluntarily   ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  Andrew Francisco obo David Weiss
☑ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

**BOND IS**  ☑ Defendant is detained
☐ Set at  $ _____   ☐ Cash or Surety   ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Detention hearing set for:  Date _____  Time _____
Judge _____

☐ Obey all laws, Federal, State and Local     ☐ Maintain current residence
☐ Seek/Maintain employment                    ☐ Report to Pretrial Services as directed
☐ 3rd party custody of _____          ☐ Travel restricted to _____
☐ Not use or possess firearms/ammunition/explosives   ☐ Abide by the following curfew _____
☐ Not use or possess alcohol                  ☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess                   ☐ Avoid all contact with _____
☐ Submit to drug/alcohol testing              ☐ Post property or sum of money _____
☐ Do not obtain passport                      ☐ Undergo medical/psychiatric treatment/exam
☐ Surrender passport to _____         ☐ Mandatory DNA collection
☐ Other _____
☑ Bail review / detention hearing    Date 11/14/2023
☑ Defendant detained- Reasons   Defendant submits to detention; appearing on writ of habeas corpus ad prosequendum

**Preliminary Hearing**   Date 11/14/2023
Witnesses
Outcome  ☐ Bound over to U.S. District Court     ☐ Dismissed
         ☑ Other   Waived